UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Joseph Barbato, |
| --- |
| Plaintiff, |
| -against- |
| American Express National Bank, |
| Defendant. |

25-CV-3173 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

  Defendant American Express National Bank removed this case from the Supreme Court, Rockland County. Dkt. 1. The Southern District's Rules for the Division of Business state that "cases removed from a state court in any of the Northern Counties . . . will be assigned to White Plains." Rockland County is a Northern County, so this case should be assigned to White Plains.

  The Clerk of Court is respectfully directed to reassign this case to White Plains.

  SO ORDERED.

Dated: April 21, 2025
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge